IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 |
| This Document relates to: 1:16-cv-2431<br><br>James McDonald<br><br>v.<br><br>Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories, Inc. and Anda, Inc. | Master Docket Case No. 1:14-cv-1748<br><br>Honorable Matthew F. Kennelly |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

**AND STIPULATION FOR DISMISSAL**

Comes Now, James McDonald, Plaintiff, and by agreement and stipulation by Defendants, Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories, Inc. and Anda, Inc., the parties hereby dismiss Plaintiff's case without prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(ii), with the parties to bear their own costs.

Dated: April 21, 2017

Respectfully submitted,

/s/ *Frank M. Petosa*
Frank M. Petosa
Fla. Bar #972754
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
600 North Pine Island Road - Suite 400
Plantation, FL 33324
Tel: 954-318-0268
Fax: 954-327-3018
fpetosa@forthepeople.com
COUNSEL FOR PLAINTIFF

/s/ *K.C.Green*
Joseph P. Thomas
Jeffrey F. Peck
K.C. Green
Jeffrey D. Geoppinger
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Tel: 513-698-5000
Fax: 513-698-5001
jthomas@ulmer.com
COUNSEL FOR DEFENDANTS

**Certificate of Service**

I hereby certify that on April 21, 2017, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Frank M. Petosa*
Frank M. Petosa
Fla. Bar #972754
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
600 North Pine Island Road - Suite 400
Plantation, FL 33324
Tel: 954-318-0268
Fax: 954-327-3018
fpetosa@forthepeople.com
COUNSEL FOR PLAINTIFF